UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Docket No.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DAVID PAIVA, | \* |
| Plaintiff, | \* |
| v. | \* |
| | \* |
| THE BANK OF NEW YORK MELLON | \* |
| FKA THE BANK OF NEW YORK AS | \* |
| TRUSTEE FOR THE CERTIFICATE | \* |
| HOLDERS CWALT, INC. | \* |
| ALTERNATIVE LOAN TRUST | \* |
| 2005-48T1, MORTGAGE | \* |
| PASS-THROUGH CERTIFICATES, | \* |
| SERIES 2005-48T1 | \* |
| | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PENDING MOTIONS AND ACTIONS**

1. Motion for Lis Pendens filed by Plaintiff on December 1, 2014; Superior Court denied Motion for Lis Pendens on December 15, 2014.

2. The Foreclosure auction occurred on April 15, 2014.

3. Summary Process Action was filed on October 31, 2014 in Southeast Housing Court.

Respectfully Submitted,
The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holder CWALT, Inc. Alternative Loan Trust 2005-48T1, Mortgage Pass-Through Certificates Series 2005-48T1
By its attorneys,

Dated: December 17, 2014        /s/Reneau Longoria_____
Reneau J. Longoria, Esq. (BBO #635118)
John A. Doonan, Esq. (BBO #547838)
Stephen M. Valente, Esq. (BBO #663118)
Michael P. Marsille, Esq. (BBO #674670)
Doonan, Graves & Longoria, LLC
100 Cummings Center Suite 225D
Beverly, MA 01915

Tel. (978) 921-2670
rjl@dgandl.com