UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PAIVA<br><br>    Plaintiff/Counter-Defendant<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-48T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-48T1<br><br>    Defendant/Counter-Plaintiff | C.A. No. 14-14531-ADB<br><br>**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Fed. R. Civ. P. 56, plaintiff David Paiva hereby moves the Court to grant summary judgment in his favor and against defendant the Bank of New York Mellon ("BONYM") and requests that the Court deny BONYM's motion for summary judgment. There is no issue of material fact to be tried, and the Plaintiff is entitled to judgment as a matter of law on his claims against BONYM for its breach of the power of sale and failure to comply with G.L. c. 244, § 15A while foreclosing on Paiva's home. In further support, and in opposition to BONYM's motion, Paiva submits the accompanying Memorandum of Law.

Respectfully submitted,

*/s/ Josef C. Culik*
Josef C. Culik (BBO #672665)
CULIK LAW PC
18 Commerce Way, Suite 2850
Woburn, Massachusetts 01801
(617) 830-1795
(617) 830-1576 Fax
jculik@culiklaw.com

Attorney for Plaintiff David Paiva

March 27, 2015

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID PAIVA<br><br>    Plaintiff/Counter-Defendant<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-48T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-48T1<br><br>    Defendant/Counter-Plaintiff | C.A. No. 14-14531-ADB |

**CERTIFICATE OF SERVICE**

I hereby certify that the Plaintiffs' Cross Motion for Summary Judgment, Statement of Material Facts, Paiva's Affidavit, and all associated exhibits were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 27, 2015.

                                                          /s/ *Josef C. Culik*
                                                          Josef C. Culik