# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Paiva v. The Bank of New York Mellon

District Court Number: 14cv14531-ADB

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes ____ No _X_        Sealed documents    Yes ____ No _X_
*If yes, document #* _____     *If yes, document #* _____

*Ex parte* documents  Yes ____ No _X_     Transcripts         Yes ____ No _X_
*If yes, document #* _____     *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#40 Memorandum and Order, #41 Judgment

Other information:

    I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#40, #41, and #43

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 43 filed on September 9, 2015.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 10, 2015.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**