# United States Court of Appeals
## For the First Circuit

———————————————

No. 15-2042

DAVID PAIVA

Plaintiff - Appellee

v.

THE BANK OF NEW YORK MELLON, f/k/a The Bank of New York
as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-48T1,
Mortgage Pass-Through Certificates, Series 2005-48T1

Defendant - Appellant

———————————————

**JUDGMENT**

Entered: October 24, 2016
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulated motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Sean Cronin
Josef Culik
Peter Carr, II
Brian Linehan
Reneau Longoria