# United States Court of Appeals
## For the First Circuit

No. 15-2042

DAVID PAIVA

Plaintiff - Appellee

v.

THE BANK OF NEW YORK MELLON, f/k/a The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-48T1, Mortgage Pass-Through Certificates, Series 2005-48T1

Defendant - Appellant

**MANDATE**

Entered: October 25, 2016

In accordance with the judgment of October 25, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Peter Francis Carr II
Sean R. Cronin
Josef C. Culik
Brian Linehan
Reneau Jean Longoria